# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 1:24-cv-02815-PKC |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **MasterCard International Incorporated,** | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The request to dismiss this matter with prejudice is hereby GRANTED. *The Clerk shall close the case.*

Date: 4-24-24                    _____, U.S.D.J.